JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/2/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>FRED W. PLOTKE; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-02668-FMO-MAN<br><br>**ORDER** |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 2, 2015

/s/
HON. FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1

Case: 2:15-CV-02668-FMO-MAN